JSm 1088436

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED NOV 0 8 2005 U.S. MARSHALS SERVICE DISTRICT OF R.I.

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

ANTHONY DIMEO

## WARRANT FOR ARREST

CASE NUMBER: 1:05-M-153M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ANTHONY DIMEO (Name)

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

KNOWINGLY AGREEING AND CONSPIRING WITH OTHERS TO DEFRAUD FINANCIAL INSTITUTIONS AND OBTAIN MONEYS, FUNDS AND OTHER PROPERTY OWNED BY AND UNDER THE CUSTODY AND CONTROL OF A FINANCIAL INSTITUTION BY MEANS OF FALSE AND FRAUDULENT PRETENSES, REPRESENTATIONS AND PROMISES

in violation of Title 18 United States Code, Section(s) 1344, 371

| | |
|---|---|
| DAVID L. MARTIN | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| David L Martin | 11-08-2005 PROVIDENCE, RHODE ISLAND |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ______ by ______ Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at Providence, RI by USSS

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/08/2005 | CJ Wyant SDUSM | Chad Wyant |
| DATE OF ARREST 11/09/2005 | | |

This form was electronically produced by Elite Federal Forms, Inc.