AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

Anthony Dimeo

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number:

I, Anthony Dimeo, charged in a (complaint) (petition) pending in this District with bank fraud, conspiracy in violation of Title 18, U.S.C. 1344, 371, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Anthony D. Meo
*Defendant*

11-17-05
*Date*

[signature]
*Counsel for Defendant*