**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. No. CR06-33-01S |
| | ) | In violation of 18 U.S.C. § 1349 |
| ANTHONY DIMEO, | ) | |
| CHARLES LAMBERT, and | ) | |
| JOSEPH D'ANNA | ) | |

**INFORMATION**

The United States Attorney charges:

From in or about March 2005, through on or about November 8, 2005, in the District of Rhode Island, defendants ANTHONY DIMEO, CHARLES LAMBERT, JOSEPH D'ANNA and others known and unknown to the United States Attorney did knowingly, willfully and intentionally combine, conspire and agree with one another and with others to defraud a financial institution and to obtain moneys, funds and other property owned by and under the custody and control of a financial institution by means of false and fraudulent pretenses, representations and promises, contrary to 18 U.S.C. § 1344,

In violation of 18 U.S.C. § 1349.

ROBERT CLARK CORRENTE
United States Attorney

By: Lee Vilker
LEE H. VILKER
Assistant U.S. Attorney

Gerard B. Sullivan
GERARD B. SULLIVAN
Criminal Chief

February 16, 2006
Date