UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-033 S

ANTHONY DiMEO :

**MOTION TO EXTEND REPORTING DATE**

______NOW comes the defendant, Anthony DiMeo and moves to extend, by one week, the reporting date for his surrender to the United States Bureau of Prisons. The current date is August 7, 2006, however, as of 12:30 p.m. on August 4, 2006, no facility has been designated. The government has no objection to a one-week extension of time to 12:00 p.m. on August 14, 2006.

ANTHONY DIMEO,
By his attorney,

/s/ Edward C. Roy, Esquire

Edward C. Roy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281

**CERTIFICATION**

I hereby certify that I sent a copy via electronic filing to Lee Vilker, AUSA on August 4, 2006 and via facsimile and to the United States Probation office via facsimile on August 4, 2006.

/s/ Edward C. Roy, Esquire